Fill in this information to identify the case:

Debtor 1: GERALD J. FOX

Debtor 2 (Spouse, if filing): Rosemarie A. Fox

United States Bankruptcy Court for the: Western District of PA

Case number: 17-10182/TPA

# Form 4100R
## Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

Name of creditor: U.S. Bank NA, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT

Last 4 digits of any number you use to identify the debtor's account: 0 6 5 1

Court claim no. (if known): 4

Property address: 28 Raymond Drive
Number    Street

West Middlesex    PA    16159
City    State    ZIP Code

### Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

### Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 4 / 1 / 2022
MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. Total. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/___
MM / DD / YYYY

Form 4100R    Response to Notice of Final Cure Payment    page 1

Debtor 1 **GERALD J. FOX**
First Name  Middle Name  Last Name

Case number (if known) **17-10182/TPA**

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ **/S/ Emmanuel J. Argentieri**
Signature

Date **3 / 23 / 2022**

Print **Emmanuel    J.    Argentieri**
First Name  Middle Name  Last Name

Title **Attorney-at-Law**

Company **Romano Garubo & Argentieri**

*If different from the notice address listed on the proof of claim to which this response applies:*

Address **52 Newton Ave., P.O. Box 456**
Number  Street

**Woodbury**    **NJ**    **08096**
City    State    ZIP Code

Contact phone **( 856 ) 384 - 1515**

Email **eargentieri@rgalegal.com**



| Loan# | |
|---|---|
| Borrower: | Fox |
| Date Filed: | 2/24/2017 |
| BK Case # | 17-10182 |
| First Post Petition Due Date: | 3/1/2017 |
| POC covers: | 1/1/16-2/1/17 |
| MOD EFFECTIVE DATE: | |

TPA

### PAYMENT CHANGES

| DATE | P&I | Escrow | TOTAL | Reference |
|---|---|---|---|---|
| 01/01/16 | 510.60 | 258.33 | 768.93 | |
| 07/01/16 | 510.60 | 252.27 | 762.87 | |
| 08/01/16 | 510.60 | 255.01 | 765.61 | |
| 12/01/16 | 510.60 | 257.12 | 767.72 | |
| 01/01/17 | 510.60 | 253.48 | 764.08 | |
| 02/01/17 | 510.60 | 257.12 | 767.72 | |
| 03/01/17 | 510.60 | 233.34 | 743.94 | Payment listed in POC |
| 03/01/18 | 510.60 | 237.04 | 747.64 | NOPC filed with the court |
| 02/01/19 | 510.60 | 244.13 | 754.73 | NOPC filed with the court |
| 02/01/20 | 510.60 | 245.03 | 755.63 | NOPC filed with the court |

| Date | Amount Rec'd | PRE/POST/APO | Post Petition Due Date | Contractual Due Date | Amount Due | Over/Shortage | Suspense Credit | Suspense Debit | Susp Balance | POC Arrears Credit | POC Debit | POC Suspense Balance | POC Paid to Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2017 | $1,447.93 | | | | | $1,447.93 | $1,447.93 | | $1,447.93 | | | | $0.00 |
| 8/30/2017 | $3,730.89 | Post | 3/1/17 | 1/1/16 | $743.94 | $2,986.95 | $2,986.95 | | $4,434.88 | | | $0.00 | $0.00 |
| 8/30/2017 | | Post | 4/1/17 | 2/1/16 | $743.94 | -$743.94 | | $743.94 | $3,690.94 | | | $0.00 | $0.00 |
| 8/30/2017 | | Post | 5/1/17 | 3/1/16 | $743.94 | -$743.94 | | $743.94 | $2,947.00 | | | $0.00 | $0.00 |
| 8/30/2017 | | Post | 6/1/17 | 4/1/16 | $743.94 | -$743.94 | | $743.94 | $2,203.06 | | | $0.00 | $0.00 |
| 8/30/2017 | | Post | 7/1/17 | 5/1/16 | $743.94 | -$743.94 | | $743.94 | $1,459.12 | | | $0.00 | $0.00 |
| 9/30/2017 | $1,257.86 | Post | 8/1/17 | 6/1/16 | $743.94 | $513.92 | $513.92 | | $1,973.04 | | | $0.00 | $0.00 |
| 10/31/2017 | $1,258.30 | Post | 9/1/17 | 7/1/16 | $743.94 | $514.36 | $514.36 | | $2,487.40 | | | $0.00 | $0.00 |
| 10/31/2017 | | Post | 10/1/17 | 8/1/16 | $743.94 | -$743.94 | | $743.94 | $1,743.46 | | | $0.00 | $0.00 |
| 11/30/2017 | $1,128.35 | Post | 11/1/17 | 9/1/16 | $743.94 | $384.41 | $384.41 | | $2,127.87 | | | $0.00 | $0.00 |
| 12/29/2017 | $807.94 | Post | 12/1/17 | 10/1/16 | $743.94 | $64.00 | $64.00 | | $2,191.87 | | | $0.00 | $0.00 |
| 12/29/2017 | | Post | 1/1/18 | 11/1/16 | $743.94 | -$743.94 | | $743.94 | $1,447.93 | | | $0.00 | $0.00 |
| 12/29/2017 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | $371.53 | $371.53 | $371.53 |
| 1/30/2018 | $743.94 | Post | 2/1/18 | 12/1/16 | $743.94 | $0.00 | | | $1,447.93 | | | $371.53 | $371.53 |
| 1/30/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | $457.26 | $828.79 | $828.79 |
| 1/30/2018 | | Pre | contractual applied | 1/1/17 | | $0.00 | | | $1,447.93 | | | $828.79 | $828.79 |
| 2/28/2018 | $747.64 | Post | 3/1/18 | 2/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $768.93 | $59.86 | $828.79 |
| 2/28/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | $59.86 | $828.79 |
| 4/2/2018 | $747.64 | Post | 4/1/18 | 3/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $454.43 | $514.29 | $1,283.22 |
| 4/2/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | $514.29 | $1,283.22 |
| 4/2/2018 | | Pre | contractual applied | 4/1/17 | | $0.00 | | | $1,447.93 | | $454.43 | $968.72 | $1,737.65 |
| 5/3/2018 | $747.64 | Post | 5/1/18 | 5/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $768.93 | $199.79 | $1,737.65 |
| 5/3/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | $199.79 | $1,737.65 |
| 6/12/2018 | $747.64 | Post | 6/1/18 | 6/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $454.43 | $654.22 | $2,192.08 |
| 6/12/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | $654.22 | $2,192.08 |
| 6/12/2018 | | Pre | contractual applied | 7/1/17 | | $0.00 | | | $1,447.93 | | $456.01 | $1,110.23 | $2,648.09 |
| 7/17/2018 | $747.64 | Post | 7/1/18 | 8/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $768.93 | $341.30 | $2,648.09 |
| 7/17/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | $341.30 | $2,648.09 |
| 7/17/2018 | | Pre | contractual applied | 9/1/17 | | $0.00 | | | $1,447.93 | | $456.01 | $797.31 | $3,104.10 |
| 8/8/2018 | $747.64 | Post | 8/1/18 | 10/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $768.93 | $28.38 | $3,104.10 |
| 8/8/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | $28.38 | $3,104.10 |
| 8/10/2018 | | Pre | applied to escrow | | | $0.00 | | | $1,447.93 | | $456.01 | $484.39 | $3,560.11 |
| 8/31/2018 | $747.64 | Post | 9/1/18 | 11/1/17 | $747.64 | $0.00 | | | $1,447.93 | | $972.49 | -$488.10 | $3,560.11 |
| 8/31/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | -$488.10 | $3,560.11 |
| 8/31/2018 | | Pre | contractual applied | 12/1/17 | | $0.00 | | | $1,447.93 | | $456.01 | -$32.09 | $4,016.12 |
| 10/2/2018 | $747.64 | Post | 10/1/18 | 1/1/18 | $747.64 | $0.00 | | | $1,447.93 | | $768.93 | -$801.02 | $4,016.12 |
| 10/2/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | -$801.02 | $4,016.12 |
| 11/1/2018 | $747.64 | Post | 11/1/18 | 2/1/18 | $747.64 | $0.00 | | | $1,447.93 | | $456.01 | -$345.01 | $4,472.13 |
| 11/1/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | -$345.01 | $4,472.13 |
| 11/1/2018 | | Pre | contractual applied | 3/1/18 | | $0.00 | | | $1,447.93 | | $456.01 | $111.00 | $4,928.14 |
| 11/30/2018 | $747.64 | Post | 12/1/18 | 4/1/18 | $747.64 | $0.00 | | | $1,447.93 | | $768.93 | -$657.93 | $4,928.14 |
| 11/30/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | -$657.93 | $4,928.14 |
| 12/5/2018 | | Pre | corp adv applied | | | $0.00 | | | $1,447.93 | | $448.12 | -$209.81 | $5,376.26 |
| 12/31/2018 | $747.64 | Post | 1/1/19 | 5/1/18 | $747.64 | $0.00 | | | $1,447.93 | | $1,155.00 | -$1,364.81 | $5,376.26 |
| 12/31/2018 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | | -$1,364.81 | $5,376.26 |
| 12/31/2018 | | Pre | contractual applied | 6/1/18 | | $0.00 | | | $1,447.93 | | $448.12 | -$916.69 | $5,824.38 |
| 1/30/2019 | $747.64 | Post | suspense | | | $747.64 | $747.64 | | $2,195.57 | | $762.87 | -$1,679.56 | $5,824.38 |
| 1/30/2019 | | Pre | pre-petition | | | $0.00 | | | $2,195.57 | | | -$1,679.56 | $5,824.38 |
| 1/30/2019 | | Pre | contractual applied | 8/1/18 | | $0.00 | | | $2,195.57 | | $448.12 | -$1,231.44 | $6,272.50 |
| 2/28/2019 | $761.82 | Post | 2/1/19 | 9/1/18 | $754.73 | $7.09 | $7.09 | | $2,202.66 | | $765.61 | -$1,997.05 | $6,272.50 |
| 2/28/2019 | | Post | 3/1/19 | 10/1/18 | $754.73 | -$754.73 | | $754.73 | $1,447.93 | | | -$1,997.05 | $6,272.50 |
| 2/28/2019 | | Pre | pre-petition | | | $0.00 | | | $1,447.93 | | $437.30 | -$1,559.75 | $6,709.80 |

| Date | Amount | Pre/Post | Notes | Date2 | Amount2 | Value | Balance1 | Balance2 | Balance3 |
|---|---|---|---|---|---|---|---|---|---|
| 3/30/2019 | $754.73 | Post | 4/1/19 | 11/1/18 | $755.73 | $0.00 | | $1,447.93 | $1,559.75 | $6,709.80 |
| 3/30/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $1,117.04 | $7,152.51 |
| 3/30/2019 | | Pre | contractual applied | 12/1/18 | | $0.00 | | $1,447.93 | $1,882.65 | $7,152.51 |
| 4/5/2019 | | Pre | corp adv applied | | | $0.00 | | $1,447.93 | | $7,152.51 |
| 4/30/2019 | $754.73 | Post | 5/1/19 | 1/1/19 | $754.73 | $0.00 | | $1,447.93 | $2,915.16 | $7,152.51 |
| 4/30/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,472.45 | $7,595.22 |
| 5/30/2019 | $754.73 | Post | 6/1/19 | 2/1/19 | $754.73 | $0.00 | | $1,447.93 | $2,472.45 | $7,595.22 |
| 5/30/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,028.74 | $8,037.93 |
| 5/30/2019 | | Pre | contractual applied | 3/1/19 | | $0.00 | | $1,447.93 | $2,795.35 | $8,037.93 |
| 6/29/2019 | $754.73 | Post | 7/1/19 | 4/1/19 | $754.73 | $0.00 | | $1,447.93 | $2,795.35 | $8,037.93 |
| 6/29/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,336.85 | $8,496.43 |
| 6/29/2019 | | Pre | contractual applied | | | $0.00 | | $1,447.93 | $3,102.46 | $8,496.43 |
| 8/2/2019 | $754.73 | Post | 8/1/19 | 5/1/19 | $754.73 | $0.00 | | $1,447.93 | $3,102.46 | $8,496.43 |
| 8/2/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,643.96 | $8,954.93 |
| 8/8/2019 | | Pre | corp adv applied | | | $0.00 | | $1,447.93 | $2,855.75 | $8,954.93 |
| 8/30/2019 | $754.73 | Post | 9/1/19 | 6/1/19 | $754.73 | $0.00 | | $1,447.93 | $2,855.75 | $8,954.93 |
| 8/30/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,384.62 | $9,426.06 |
| 8/30/2019 | | Pre | contractual applied | 7/1/19 | | $0.00 | | $1,447.93 | $3,152.34 | $9,426.06 |
| 9/30/2019 | $754.73 | Post | 10/1/19 | 8/1/19 | $754.73 | $0.00 | | $1,447.93 | $3,152.34 | $9,426.06 |
| 9/30/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,681.21 | $9,897.19 |
| 10/30/2019 | $754.73 | Post | 11/1/19 | 9/1/19 | $754.73 | $0.00 | | $1,447.93 | $2,681.21 | $9,897.19 |
| 10/30/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,210.08 | $10,368.32 |
| 10/30/2019 | | Pre | contractual applied | 10/1/19 | | $0.00 | | $1,447.93 | $2,974.16 | $10,368.32 |
| 11/29/2019 | $754.73 | Pre | 12/1/19 | 11/1/19 | $754.73 | $0.00 | | $1,447.93 | $2,974.16 | $10,368.32 |
| 11/29/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $2,523.55 | $10,818.93 |
| 12/31/2019 | $754.73 | Pre | 1/1/20 | 12/1/19 | $754.73 | $0.00 | | $1,447.93 | $3,291.27 | $10,818.93 |
| 12/31/2019 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | $3,291.27 | $10,818.93 |
| 2/4/2020 | | Pre | suspense | | | $754.73 | | $2,202.66 | $2,802.53 | $11,307.67 |
| 2/28/2020 | $756.53 | Post | 2/1/20 | 1/1/20 | $755.63 | $0.90 | | $2,203.56 | $2,203.16 | $11,907.04 |
| 2/28/2020 | | Post | 3/1/20 | 2/1/20 | $755.63 | $0.00 | | $1,447.93 | $2,203.16 | $11,907.04 |
| 3/27/2020 | | Pre | pre-petition | 3/1/20 | | $0.00 | | $1,447.93 | $1,371.30 | $12,738.90 |
| 3/27/2020 | $755.63 | Pre | 4/1/20 | 4/1/20 | $755.63 | $0.00 | | $1,447.93 | $1,371.30 | $12,738.90 |
| 4/30/2020 | | Pre | pre-petition | | | $0.00 | | $1,447.93 | -$538.75 | $13,571.45 |
| 4/30/2020 | $755.63 | Pre | 5/1/20 | 5/1/20 | $755.63 | $0.00 | | $1,447.93 | -$538.75 | $13,571.45 |
| 5/20/2020 | | Pre | pre-petition | 6/1/20 | -$755.63 | | $755.63 | $1,447.93 | $35.92 | $14,146.12 |
| 6/30/2020 | $755.63 | Post | 6/1/20 | 7/1/20 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 8/4/2020 | $755.63 | Post | 7/1/20 | 8/1/20 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 8/31/2020 | $755.63 | Post | 8/1/20 | 9/1/20 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 10/2/2020 | $755.63 | Post | 9/1/20 | 10/1/20 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 10/30/2020 | $755.63 | Post | 10/1/20 | 11/1/20 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 11/30/2020 | $755.63 | Post | 11/1/20 | 12/1/20 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 12/29/2020 | $755.63 | Post | 12/1/20 | 1/1/21 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 1/29/2021 | $755.63 | Post | 1/1/21 | 2/1/21 | $755.63 | $0.00 | | $692.30 | $35.92 | $14,146.12 |
| 2/26/2021 | $763.95 | Post | 2/1/21 | 3/1/21 | $759.79 | $4.16 | | $692.30 | $35.92 | $14,146.12 |
| 3/30/2021 | $759.79 | Post | 3/1/21 | 4/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 4/30/2021 | $759.79 | Post | 4/1/21 | 5/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 5/31/2021 | $759.79 | Post | 5/1/21 | 6/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 6/30/2021 | $759.79 | Post | 6/1/21 | 7/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 7/30/2021 | $759.79 | Post | 7/1/21 | 8/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 8/31/2021 | $759.79 | Post | 8/1/21 | 9/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 9/30/2021 | $759.79 | Post | 9/1/21 | 10/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 10/29/2021 | $759.79 | Post | 10/1/21 | 11/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 11/29/2021 | $759.79 | Post | 11/1/21 | 12/1/21 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 1/7/2022 | $759.79 | Post | 12/1/21 | 1/1/22 | $759.79 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 2/8/2022 | $789.91 | Post | 1/1/22 | 2/1/22 | $789.91 | $0.00 | | $696.46 | $35.92 | $14,146.12 |
| 2/28/2022 | $789.91 | Post | 3/1/22 | 3/1/22 | $789.91 | $0.00 | | $696.46 | $35.92 | $14,146.12 |

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

GERALD AND ROSEMARIE FOX

        Debtors.

: CHAPTER 13
: CASE NO. 17-10182/TPA

## CERTIFICATION OF SERVICE

I hereby certify that service upon all interested parties, indicated below, was made by sending true and correct copies of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT's AGREED RESPONSE TO THE TRUSTEE'S NOTICE OF FINAL CURE PAYMENT as follows:

Date Served: 3/23/22

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
*Chapter 13 Trustee*
*ONLY Served Via ECF Filing*

Gerald and Rosemarie Fox
28 Raymond Drive
West Middlesex, PA 16159
*DEBTORS Via First Class Mail*

United States Trustee
Pittsburgh, PA 15219
*US TRUSTEE*
*Served Via ECF Filing Only*

Chester B. Scholl, Jr.
Fruit, Dill, Goodwin & Scholl
32 Shenango Ave.
P.O. Box 673
Sharon, PA 16146-0673
***ATTORNEY FOR DEBTORS***
***ONLY Served Via ECF Filing***

I hereby certify under penalty of perjury that the foregoing it true and correct.

Dated: 3/23/22

/S/EMMANUEL J. ARGENTIERI
EMMANUEL J. ARGENTIERI

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
eargentieri@rgalegal.com   #59264
(856) 384-1515