## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Gerald J. Fox                                        CHAPTER 13

Rosemarie A. Fox

<u>Debtor(s)</u>                                  BKY. NO. 17-10182 TPA

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Bank of America, N.A., and index same on the master mailing list.

                                              Respectfully submitted,

                                  /s/ *Brian C. Nicholas*
                                  Brian Nicholas
                                  25 Mar 2022, 16:16:50, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226) ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com