Form 300a

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Gerald J. Fox** | : | Case No. 17−10182−TPA |
| **Rosemarie A. Fox** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 57 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 6/1/22 at 12:00 PM |
| *Respondent(s).* | : | |

**ORDER SCHEDULING DATE FOR RESPONSE**
**AND HEARING ON MOTION**

   *AND NOW,* this *The 29th of March, 2022*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 57 , by the Chapter 13 Trustee

   It is hereby **ORDERED, ADJUDGED and DECREED** that:

   (1) *On or before May 13, 2022*, any *Response*, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 *OR* U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

   (2) This *Motion* is scheduled for hearing on ***June 1, 2022 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

   (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

   (4) If either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* are not timely filed, once the Motion is approved, *without further notice or hearing, the case is SUBJECT TO CLOSURE WITHOUT A DISCHARGE.*

                        */s/ Thomas P. Agresti*
                        Thomas P. Agresti, Judge
                        United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gerald J. Fox  
Rosemarie A. Fox  
    Debtors

Case No. 17-10182-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Mar 29, 2022     Form ID: 300a     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald J. Fox, Rosemarie A. Fox, 28 Raymond Drive, West Middlesex, PA 16159-2542 |
| 14369868 | | BK OF AMER, 4060 OGLETOWN/STANTON RDDE5-019-03-07, DE5-019-03-07, NEWARK, DE 19713 |
| 14369866 | | BK OF AMER, 4161 PIEDMONT PARKWAYNC4 105 03 14, NC4 105 03 14, GREENSBORO, NC 27410 |
| 14369867 | + | BK OF AMER, 450 AMERICAN ST, SIMI VALLEY, CA 93065-6285 |
| 14369876 | | DISCOVER, PO BOX15316ATT:CMS/PROD DEVELOP, ATT:CMS/PROD DEVELOP, WILMINGTON, DE 19850-5316 |
| 14369877 | | FIA CSNA, 4060 OGLETOWN/STANTON RDDE5-019-03-07, DE5-019-03-07, NEWARK, DE 19713 |
| 14369878 | + | FMCC, P.O.BOX 542000, OMAHA, NE 68154-8000 |
| 14369881 | | NATIONSTAR, PO BOX 199111, DALLAS, TX 75235 |
| 14369882 | | ONEMAIN, 100 INTERNATIONAL DRIVE17TH FLR, 17TH FLR, BALTIMORE, MD 21202 |
| 14369883 | + | Robert W. Williams, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, New Jersey 08053-3118 |
| 14369885 | | SYNCB/WLDC, C/O P.O. BOX 965036, ORLANDO, FL 32896-5036 |
| 14899659 | + | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14369887 | + | WELLSFARGO, 800 WALNUT ST, DES MOINES, IA 50309-3605 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14369870 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 23:51:00 | CBNA, 133200 SMITH RD, CLEVELAND, OH 44130 |
| 14369869 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 23:51:05 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14369871 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 23:51:11 | CITI, 701 E 60TH ST NIBS CDV DISPUTES, IBS CDV DISPUTES, SIOUX FALLS, SD 57104-0432 |
| 14369873 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 29 2022 23:51:05 | CRDTONEBNK, 585 S. PILOT STREET, LAS VEGAS, NV 89119-3619 |
| 14369874 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 29 2022 23:44:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 14369880 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 23:51:00 | MACYSDSNB, 911 DUKE BLVD, MASON, OH 45040 |
| 14648108 | | Email/Text: bnc-quantum@quantum3group.com | Mar 29 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14369875 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 29 2022 23:43:00 | Department of the Treasury, Internal Revenue Service, Andover, Massachusetts 01810 |
| 14373656 | | Email/Text: mrdiscen@discover.com | Mar 29 2022 23:43:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 300a | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14385600 | | Email/Text: EBNBKNOT@ford.com | Mar 29 2022 23:44:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14369879 | + | Email/Text: Bankruptcy@ICSystem.com | Mar 29 2022 23:44:00 | I.C. Systems, Inc., 444 Highway 96 East, P.O. Box 64378, St. Paul, Minnesota 55164-0378 |
| 14410580 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 29 2022 23:51:00 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407096 | | Email/Text: nsm_bk_notices@mrcooper.com | Mar 29 2022 23:43:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14643395 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:50:59 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14653419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 29 2022 23:51:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14375992 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 29 2022 23:50:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369884 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 29 2022 23:50:59 | SYNCB/JCP, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 14369886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 29 2022 23:51:11 | UNVL/CITI, 701 E 60TH ST NIBS CDV DISPUTES, IBS CDV DISPUTES, SIOUX FALLS, SD 57104-0432 |

TOTAL: 18

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369872 | ##+ | Convergent Healthcare Recoveries, Inc., 124 SW Adams Street, Suite 215, Peoria, Illinois 61602-2321 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2022                    Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 29, 2022 | Form ID: 300a | Total Noticed: 31 |

on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com

Chester B. Scholl, Jr.
    on behalf of Joint Debtor Rosemarie A. Fox scholl@scholl.org  wendy@fdgs-law.com

Chester B. Scholl, Jr.
    on behalf of Debtor Gerald J. Fox scholl@scholl.org  wendy@fdgs-law.com

Denise Carlon
    on behalf of Creditor BANK OF AMERICA  N.A. dcarlon@kmllawgroup.com

Emmanuel J. Argentieri
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com

Matthew Christian Waldt
    on behalf of Creditor NATIONSTAR MORTGAGE  LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com


TOTAL: 8