IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Gerald J. Fox | : | Case No. 17-10182-TPA |
| Rosemarie A. Fox, | : | Chapter 13 |
| Debtors | : | |
| | : | |
| Ronda J. Winnecour, Trustee, | : | |
| Movant, | : | Document No. _____ |
| | : | Related To Doc. No. _____ |
| vs. | : | |
| | : | |
| No Respondents | : | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1.    The Debtors have made all payments required by the Chapter 13 Plan.

2.    The Debtors are not required to pay any Domestic Support Obligations.

3.    The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor had not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.    On March 24, 2017, at docket number 26, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the form.

This Certification is being signed under penalty of perjury by Undersigned Counsel, who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: May 23, 2022                        Respectfully submitted,

                                                      _/s/  Chester B. Scholl, Jr._
                                                      CHESTER B. SCHOLL, JR., ESQ.
                                                      Attorney for Debtor
                                                      32 Shenango Ave., P.O. Box 673
                                                      Sharon, PA 16146
                                                      Office:  724-981-4800
                                                      Fax:  724-981-5376
                                                      Email:  cbs@fdgs-law.com
                                                      PA ID 19948

**PAWB Local Form 24 (07/13)**