Case 17-10182-TPA    Doc 64    Filed 05/25/22    Entered 05/26/22 00:24:58    Desc Imaged
Certificate of Notice    Page 1 of 4

FILED
6/23/22 11:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
GERALD J. FOX
ROSEMARIE A. FOX
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10182 TPA

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this ___23rd___ day of ___May___, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). ~~The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.~~

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

nms

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Gerald J. Fox  
Rosemarie A. Fox  
    Debtors

Case No. 17-10182-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: May 23, 2022     Form ID: pdf900     Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gerald J. Fox, Rosemarie A. Fox, 28 Raymond Drive, West Middlesex, PA 16159-2542 |
| 14369866 | | BK OF AMER, 4161 PIEDMONT PARKWAYNC4 105 03 14, NC4 105 03 14, GREENSBORO, NC 27410 |
| 14369876 | | DISCOVER, PO BOX15316ATT:CMS/PROD DEVELOP, ATT:CMS/PROD DEVELOP, WILMINGTON, DE 19850-5316 |
| 14369878 | + | FMCC, P.O.BOX 542000, OMAHA, NE 68154-8000 |
| 14369881 | | NATIONSTAR, PO BOX 199111, DALLAS, TX 75235 |
| 14369882 | | ONEMAIN, 100 INTERNATIONAL DRIVE17TH FLR, 17TH FLR, BALTIMORE, MD 21202 |
| 14369883 | + | Robert W. Williams, Esquire, Milstead & Associates, LLC, 1 East Stow Road, Marlton, New Jersey 08053-3118 |
| 14369885 | | SYNCB/WLDC, C/O P.O. BOX 965036, ORLANDO, FL 32896-5036 |
| 14369887 | + | WELLSFARGO, 800 WALNUT ST, DES MOINES, IA 50309-3605 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14369868 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 23 2022 23:36:00 | BK OF AMER, 4060 OGLETOWN/STANTON RDDE5-019-03-07, DE5-019-03-07, NEWARK, DE 19713 |
| 14369867 | + | Email/Text: creditcardbkcorrespondence@bofa.com | May 23 2022 23:36:00 | BK OF AMER, 450 AMERICAN ST, SIMI VALLEY, CA 93065-6285 |
| 14369870 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 23:47:35 | CBNA, 133200 SMITH RD, CLEVELAND, OH 44130 |
| 14369869 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 23:47:32 | CBNA, PO BOX 6497, SIOUX FALLS, SD 57117-6497 |
| 14369871 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 23:47:36 | CITI, 701 E 60TH ST NIBS CDV DISPUTES, IBS CDV DISPUTES, SIOUX FALLS, SD 57104-0432 |
| 14369873 | + | Email/PDF: creditonebknotifications@resurgent.com | May 23 2022 23:47:32 | CRDTONEBNK, 585 S. PILOT STREET, LAS VEGAS, NV 89119-3619 |
| 14369874 | + | Email/Text: bdsupport@creditmanagementcompany.com | May 23 2022 23:36:00 | Credit Management Co., 2121 Noblestown Road, Pittsburgh, Pennsylvania 15205-3956 |
| 14369880 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 23:47:29 | MACYSDSNB, 911 DUKE BLVD, MASON, OH 45040 |
| 14648108 | | Email/Text: bnc-quantum@quantum3group.com | May 23 2022 23:36:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14369875 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 23 2022 23:36:00 | Department of the Treasury, Internal Revenue Service, Andover, Massachusetts 01810 |
| 14373656 | | Email/Text: mrdiscen@discover.com | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | May 23 2022 23:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14369877 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 23 2022 23:36:00 | FIA CSNA, 4060 OGLETOWN/STANTON RDDE5-019-03-07, DE5-019-03-07, NEWARK, DE 19713 |
| 14385600 | | Email/Text: EBNBKNOT@ford.com | May 23 2022 23:37:00 | Ford Motor Credit Company LLC, P.O. BOX 62180, COLORADO SPRINGS, CO 80962 |
| 14369879 | + | Email/Text: Bankruptcy@ICSystem.com | May 23 2022 23:37:00 | I.C. Systems, Inc., 444 Highway 96 East, P.O. Box 64378, St. Paul, Minnesota 55164-0378 |
| 14410580 | | Email/PDF: resurgentbknotifications@resurgent.com | May 23 2022 23:47:35 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14407096 | | Email/Text: nsm_bk_notices@mrcooper.com | May 23 2022 23:36:00 | Nationstar Mortgage LLC, PO Box 619096, Dallas, TX 75261-9741 |
| 14643395 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2022 23:47:32 | Portfolio Recovery Associates, LLC, P.O. Box 41067, Norfolk, VA 23541 |
| 14653419 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 23 2022 23:47:29 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14375992 | + | Email/PDF: rmscedi@recoverycorp.com | May 23 2022 23:47:35 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369884 | + | Email/PDF: gecsedi@recoverycorp.com | May 23 2022 23:47:34 | SYNCB/JCP, 4125 WINDWARD PLAZA, ALPHARETTA, GA 30005-8738 |
| 14899659 | + | Email/Text: bkenotice@rushmorelm.com | May 23 2022 23:36:00 | U.S. Bank National Association, Trustee, for the RMAC Trust, Series 2016-CTT, c/o Rushmore Loan Management Services, PO Box 52708, Irvine, CA 92619-2708 |
| 14369886 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 23 2022 23:47:35 | UNVL/CITI, 701 E 60TH ST NIBS CDV DISPUTES, IBS CDV DISPUTES, SIOUX FALLS, SD 57104-0432 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BANK OF AMERICA, N.A. |
| cr | | NATIONSTAR MORTGAGE, LLC |
| cr | | U.S. Bank National Association, not in its individ |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14369872 | ##+ | Convergent Healthcare Recoveries, Inc., 124 SW Adams Street, Suite 215, Peoria, Illinois 61602-2321 |

TOTAL: 3 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2022         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor BANK OF AMERICA N.A. bnicholas@kmllawgroup.com |
| Chester B. Scholl, Jr. | on behalf of Joint Debtor Rosemarie A. Fox scholl@scholl.org wendy@fdgs-law.com |
| Chester B. Scholl, Jr. | on behalf of Debtor Gerald J. Fox scholl@scholl.org wendy@fdgs-law.com |
| Denise Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association not in its individual capacity, but solely as Trustee for the RMAC Trust, Series 2016-CTT bk@rgalegal.com |
| Matthew Christian Waldt | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com, bkecf@milsteadlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 8